IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
PAULINE J. TULL, and        )
SAMUEL F. TULL,             )
                            )
        Plaintiffs,         )
                            )
    v.                      )   Civil Action No. 04-1283-JJF
                            )
DISCOVER FINANCIAL SERVICES,)
INC., and PROTOCOL RECOVERY )
SERVICES, INC.,             )
                            )
        Defendants.         )
```

**ORDER**

WHEREAS, the plaintiffs the filed a complaint without paying the filing fee, or plaintiff Pauline J. Tull filing an application to proceed without prepayment of fees under 28 U.S.C. § 1915;

WHEREAS, on January 11, 2005, this Court entered an order requiring plaintiff Pauline J. Tull to file an application to proceed in forma pauperis, or the plaintiff to pay the $150 filing fee (D.I. 4);

WHEREAS, the application to proceed in forma pauperis or the $150 filing fee were to be received by the Court within thirty (30) days from the date the order was sent or the case would be dismissed;

WHEREAS, to date, neither the application to proceed in forma pauperis, nor the $150 filing fee have been received from

the plaintiffs;

THEREFORE, at Wilmington this __16__ day of __March__, 2005, IT IS HEREBY ORDERED that the plaintiffs' complaint is DISMISSED WITHOUT PREJUDICE.

_____
United States District Judge